**MELEI of Taputimu & PAUGA of Vailoa, Plaintiffs**

**v.**

**MOLIMALE of Taputimu, Defendant**

No. 3-1925

High Court of American Samoa

Civil Jurisdiction, Trial Division

[Matai Name: "Lepule"]

May 23, 1929

---

JAMES W. FOXALL, LUTU, and PELE, *Judges*

To try the right of Molimala to register Matai Name "Lepule"

JUDGMENT

The above case came on to be heard before the High Court with Judges Foxall, Lutu and Pele sitting, at Ili'ili, Tutuila, American Samoa, at 10:30 A.M. of May 23, 1929.

The Court inquired as to whether or not the parties to the controversy had been able to reach an agreement as to who should hold the Matai Name "Lepule".

419

Melei, representing himself and Pauga, and Molimale, representing himself, both requested the Court to dismiss the case without decision.

It is therefore adjudged and decreed that the within case, to determine the right of Molimala of Taputimu to register the Matai Name "Lepule," be dismissed, and it is so ordered.